**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KYLE S. UHLMAN<br>Debtor | Bankruptcy No.: 23-21816-CMB<br>Chapter 7 |
| KYLE S. UHLMAN<br>Plaintiff<br>    vs.<br><br>MIGUEL CARONA, SECRETARY,<br>UNITED STATES DEPARTMENT<br>OF EDUCATION, Defendant | Adversary No.: |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS**
**PURSUANT TO 11 U.S.C. §523(a)(8)**

AND NOW, comes Kyle S. Uhlman, the Debtor/Plaintiff in the above captioned action, by and through his attorney Michael S. Lazaroff, Esquire, and respectfully represents as follows:

1. Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on August 29, 2023. Rosemary Crawford is the duly appointed Chapter 7 Trustee. This Complaint seeks to determine the dischargeability of student loans as they present an undue hardship for the Debtor.

2. Jurisdiction exists under 28 U.S.C. §1334. Venue is proper under 28 U.S.C. §1409(a). The District Court has generally referred these matters to the Bankruptcy Court for hearing pursuant to 28 U.S.C. §157(a). This is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(1). This adversary complaint is brought pursuant to 11 U.S.C. §523(a)(8).

3. Several of the unsecured debts owing by the Debtor and listed on Schedule F (Creditors Holding Unsecured Nonpriority Claims) are student loan debts owing to the Department of Education and serviced by AidVantage.

4. This debt was incurred from a period of 2011 to 2014 to pay tuition and costs at the University of Pennsylvania for a Juris Doctor degree.

5. The amount of the debt, consisting of money borrowed minus payments made and with various interest, late fees, and miscellaneous charges added, is approximately $214,660.51 as listed on the Schedule F, and according to the most currently available loan statements.

6. Debtor/Plaintiff is indebted to the Defendant in the approximate sum of $214,660.51 for education loans (which includes interest, penalties, etc.) made by Defendant to Movant.

7. Debtor's monthly net income, is zero and does not meet any monthly living expenses, including his student loan obligations. His minimum monthly needs are being provided by his parents.

8. Plaintiff's current and expected future income is and will be barely adequate (if at all) for him to afford a minimal standard of living for himself.

9. Plaintiff lacks the resources to repay the student loans and any payments he would make would create an undue hardship for himself, both in the present and in the future.

10. The plaintiff has made a good faith attempt to pay these loans.

11. Requiring Plaintiff to repay these loans will impose undue hardship on him as contemplated under 11 U.S.C. §523(a)(8).

12. The above-described student loans are dischargeable under 11 U.S.C. §523(a)(8).

WHEREFORE, the Plaintiff Kyle S. Uhlman asks this Court to enter an Order declaring these student loan debts to be discharged.

Respectfully submitted,

/s/ Michael S. Lazaroff
Michael S. Lazaroff, Esquire
PA ID No, 204404

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216

724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor/Plaintiff