IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kyle S. Uhlman, Plaintiff | Bankruptcy No. 23-21816-CMB |
| | Chapter 7 |
| vs. | |
| Miguel Cardona, Secretary, | Adversary No. 23-2118-CMB |
| United States Department of Education, | |
| Defendants | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

AND NOW, comes Kyle S. Uhlman, the plaintiff in the above captioned matter, by and through his attorney Michael S. Lazaroff, Esquire, and respectfully presents the following Motion to Dismiss Adversary Proceeding, and in support thereof, states as follows:

1. Plaintiff filed a Chapter 7 case at the above case number.

2. Plaintiff subsequently filed an Adversary Proceeding at the above caption and adversary number in the hopes that, under the new guidance issued by the Departments of Education and Justice in November 2022, he would receive a fresh start as contemplated by the Bankruptcy Code and have his student loans discharged.

3. Unfortunately, the above-named Departments have decided that, despite the guidance outlined above, plaintiff is not worthy of the fresh start and have declined to follow the new guidance; i.e., they will not consent to a discharge of the said student loans.

4. Plaintiff, for various reasons, is not able to undergo the stress, uncertainty, and cost of a formal, protracted adversary proceeding knowing that the above Departments will vigorously oppose a discharge of the student loans.

5. Plaintiff therefore wishes to withdraw and/or dismiss the adversary proceeding.

WHEREFORE, the Plaintiff Kyle S. Uhlman requests the Court to enter an Order dismissing the adversary proceeding docketed at the above case number as withdrawn.

Respectfully submitted,

/s/ *Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Attorney for Plaintiff